1
2
3
4
5
6
7
8
9
10
11
12
13
14

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 01-00961-R-14 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| Marvin Pierce | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  [X]  the appearance of defendant as required; and/or

(B)  [X]  the safety of any person or the community.

//
//

1    The court concludes:

2  A.   ( )   Defendant poses a risk to the safety of other persons or the community
3              because defendant has not demonstrated by clear and convincing
4              evidence that:
5              _he will refrain from substance_
6              _abuse or will comply w/conditions_
7              _of release. Also, Defendant's_
8              _criminal history poses a risk of danger_.
9
10 (B)  (X)   Defendant is a flight risk because defendant has not shown by clear
11             and convincing evidence that:
12             _he will refrain from substance_
13             _abuse, report as required_
14             _or otherwise comply_
15             _w/conditions._
16
17         IT IS ORDERED that defendant be detained.
18
19 DATED: 4/17/13
20
21
22
23                              SUZANNE H. SEGAL
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28